STATE OF NEW JERSEY v. PATRICK HODGE.

May 4, 1982.

Petition for certification denied.

DR. WALI D. MUHAMMAD v. ELIJAH TARD, JR.

May 4, 1982.

Petition for certification denied.

ALFRED JENNINGS, SR. v. MICHAEL M. EFFINGER.

May 4, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT L. DARBY.

May 4, 1982.

Petition for certification denied.